```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :
     -against-                       :   ORDER 1:20-mj-00867-UA-1
                                     :
Alexis Velasquez                     :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Sarah L. Cave , United States Magistrate Judge:

   ORDERED that the defendant's bail be modified to remove standalone GPS monitoring condition. All other release conditions shall remain in effect.

   Dated: New York, New York
       March _30_, 2020

                                  SO ORDERED

                                  _____
                                  Sarah L. Cave
                                  United States Magistrate Judge