# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
### Southern District of New York

Mag. Judge Dkt. No. 20-MJ-867            Date 6-5-20

USAO No. 2019R00298

The Government respectfully requests the Court to dismiss without prejudice the  X  Complaint  ____ Removal Proceedings in

United States v. Alexis Velasquez

The Complaint/~~Rule 40 Affidavit~~ was filed on January 24, 2020

✓ U.S. Marshals please withdraw warrant.

*Mitzi Steiner*
ASSISTANT UNITED STATES ATTORNEY

Mitzi Steiner
(Print name)

**SO ORDERED:**

*[signature]*

UNITED STATES MAGISTRATE JUDGE

**6/5/2020**
DATE

Distribution:   White → Court      Yellow → U.S. Marshals      Green → Pretrial Services      Pink → AUSA Copy